IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERESA MARSHALL                                                   PLAINTIFF

v.                          No. 4:21-cv-751-DPM

EDUCATIONAL CREDIT
MANAGMENT GROUP;
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION; and
KIMBERLY WOOD TUCKER                                          DEFENDANTS

ORDER

Opposed motion, *Doc. 15*, granted as modified. The Court is working on screening Marshall's amended complaint and considering her motions to amend that pleading. The deadline for any defendant to answer or file a Rule 12(b) motion is stayed pending the Court's screening decision and ruling on Marshall's pending motions.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 February 2022