IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THERESA MARSHALL                                                PLAINTIFF

v.                              No. 4:21-cv-751-DPM

EDUCATIONAL CREDIT
MANAGEMENT GROUP;
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION,
ECMC; KIMBERLY WOOD
TUCKER, Attorney                                               DEFENDANTS

## JUDGMENT

Marshall's amended complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 May 2025